**STATE of Missouri, Respondent,**

v.

**Thomas E. SIMMONS, Appellant.**

**No. WD 60935.**

Missouri Court of Appeals,
Western District.

Dec. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 2003.

Patrick W. Peters, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Thomas E. Simmons appeals the circuit court's judgment convicting him of four counts of receiving stolen property. We affirm. Rule 30.25(b).